**Humberto DELGADO, Petitioner–Appellant,**

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III, Bureau of Prisons; Geo Group, Respondents–Appellees.**

**No. 11–50923**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 3, 2013.

Humberto Delgado, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Humberto Delgado, former federal prisoner # 64369–279, appeals the denial of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses. As Garcia has been released from Bureau of Prisons custody, we grant Respondents' motion to dismiss the appeal as moot and dismiss the appeal as moot. *See Calderon v. Moore,* 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996). Respondents' alternative motion for an extension of time to file a brief is denied as unnecessary.

MOTION TO DISMISS GRANTED; APPEAL DISMISSED; MOTION FOR AN EXTENSION OF TIME DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.